IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PBI Performance Products, Inc.<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NorFab Corporation,<br>　　　　　　　　Defendant. | Civil Action No. 05-cv-4836-HB |

**JOINT MOTION FOR VACATUR OF THE AUGUST 29, 2007 ORDER INVALIDATING U.S. PATENT NO. 6,624,096 FOR OBVIOUSNESS**

The parties hereby move for vacatur of the August 29, 2007 Order invalidating United States Patent No. 6,624,096 for obviousness. A Proposed Order is attached to the accompanying memorandum as <u>Exhibit A</u>.

For the reasons set forth in the accompanying Memorandum of Law in Support of The Parties' Joint Motion for Vacatur of the August 29, 2007 Order Invalidating U.S. Patent No. 6,624,096 for Obviousness, this motion should be granted.

DATED: 6/9/08           by: _____
　　　　　　　　　　　　　　Robert H. Hammer III, Esq.
　　　　　　　　　　　　　　Hammer & Hanf, P.C.
　　　　　　　　　　　　　　3125 Springbank Lane
　　　　　　　　　　　　　　Suite G
　　　　　　　　　　　　　　Charlotte, NC 28226
　　　　　　　　　　　　　　(704) 927-0400 Phone
　　　　　　　　　　　　　　(704) 927-0485 Fax
　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　*PBI Performance Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PBI Performance Products, Inc.<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>NorFab Corporation,<br>　　　　　　　　Defendant. | Civil Action No. 05-cv-4836-HB |

**MEMORANDUM OF LAW IN SUPPORT OF THE PARTIES' JOINT
MOTION FOR VACATUR OF THE AUGUST 29, 2007 ORDER INVALIDATING
U.S. PATENT NO. 6,624,096 FOR OBVIOUSNESS**

The Parties, Plaintiff, PBI Performance Products, Inc, ("PBI") and Defendant, NorFab Corporation ("NorFab"), respectfully submit this memorandum of law in support of their Joint Motion for Vacatur of the August 29, 2007 Order Invalidating U.S. Patent No. 6,624,096 for Obviousness pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure.

## INTRODUCTION

This Court's August 29, 2007 Memorandum and Order entered summary judgment invalidating U.S. Patent No. 6,624,096 ("the '096 Patent") for obviousness under 35 U.S.C. § 103 (a). PBI appealed the August 29, 2007 Order to the Court of Appeals for the Federal Circuit. During the course of the appeal, the Parties reached a mutual agreement and settled the case. Please see the settlement agreement, attached hereto as Exhibit B. As part of the settlement agreement, the Parties agreed to "file a joint motion for vacatur of the District Court's Summary Judgment order dated August 29, 2007 that invalidated PBI's U.S. Patent No. 6,624,096." See Paragraph 3 of Exhibit B. As a result

of the settlement agreement, the Parties hereby file this joint motion to vacate the August 29, 2007 Order invalidating the '096 Patent for obviousness.

## LEGAL STANDARD FOR MOTION FOR VACATUR

Under Rule 60(b)(6) of the Federal Rules of Civil Procedure, a district court has the ability to vacate an order. Rule 60(b)(6) states:

> On motion and upon such terms as are **just**, the court may relieve a party or a party's legal representative from a final judgment, <u>order</u>, or proceeding for the following reasons…(6) any other reason justifying relief from the operation of the judgment [emphasis added]. *Fed. R. Civ. Proc. 60(b)(6)*

Thus, the Court may grant a motion for vacatur of an <u>order</u> anytime vacatur is **just**.

The Supreme Court has held that when the parties settle a case, as in the instant case, "[e]xceptional circumstances may conceivably counsel in favor of" vacatur of a judgment. *U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18 at 29 (1994).

## ARGUMENT

In the leading case on vacatur, *U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership*, the Supreme Court held that when the parties settle a case, as in the instant case, "[e]xceptional circumstances may conceivably counsel in favor of" vacatur of a judgment. *U.S. Bancorp Mortgage Co. v. Bonner Mall Partnership*, 513 U.S. 18 at 29 (1994). The parties have not found any cases in the Supreme Court nor the Third Circuit that have examined the nature of the "exceptional circumstances" required for justifying vacatur of an order.

However, in the Second Circuit, two cases have addressed the nature of the "exceptional circumstances" required for justifying vacatur of an order when the parties settle a case. In *Major League Baseball Properties, Inc. v. Pacific Trading Cards, Inc.*, the Court of Appeals for the Second Circuit held that when "a vacatur of the district court's order and opinion was a necessary condition of settlement... these facts met the 'exceptional circumstances' test of *Bancorp*." *Major League Baseball Properties, Inc. v. Pacific Trading Cards, Inc.*, 150 F.3d 149 at 152 (2d Cir. N.Y. 1998). In another case, *Microsoft Corp. v. Bristol Tech., Inc.*, the Court of Appeals for the Second Circuit upheld the ruling in the *Major League Baseball Properties* case that "exceptional circumstances" existed when vacatur was a "necessary condition of settlement" and further stated that "[i]n granting vacatur, we observed that 'the only damage to the public interest from such a vacatur would be that the validity of MLB's marks would be left to future litigation.'" *Microsoft Corp. v. Bristol Tech., Inc.*, 250 F.3d 152 at 154 (2d Cir. Conn. 2001). Because there is no controlling precedent in the Supreme Court or the Third Circuit regarding the nature of the "exceptional circumstances" required to justify vacatur of an order, the parties urge the Court to follow the precedent set in the Second Circuit.

Following the precedent set in the Second Circuit, the instant case has "exceptional circumstances" that justify vacatur of the August 29, 2007 Order invalidating the '096 Patent for obviousness. The parties entered a settlement agreement that included the grant of a "worldwide, royalty-free, paid-up license" to the '096 Patent and thus agreed to jointly move to vacate the order invalidating the '096 Patent. See Paragraphs 3 and 4 of Exhibit B. Consistent with the reasoning in *Major League Baseball Properties, Inc. v. Pacific Trading Cards, Inc.*, 150 F.3d 149 at 152 (2d Cir. N.Y. 1998) and *Microsoft*

*Corp. v. Bristol Tech., Inc.*, 250 F.3d 152 at 154 (2d Cir. Conn. 2001), the only damage to the public interest from such a vacatur would be that the validity of PBI's '096 Patent would be left to future litigation. Therefore, vacatur of the August 29, 2007 Order invalidating the '096 Patent for obviousness is clearly **<u>justified</u>**.

## CONCLUSION

For the reasons stated herein, the parties respectfully urge the Court to grant the parties' Joint Motion for Vacatur of the August 29, 2007 Order Invalidating U.S. Patent No. 6,624,096 for Obviousness.

Date: 6/9/08

Respectfully Submitted,

_____
Robert H. Hammer, III
Attorney for the Plaintiff
Hammer & Hanf P.C.
3125 Springbank Lane, Suite G
Charlotte, NC 28226
(704) 927-0400

K:\FIRMDOCS\2006\090\Vacatur\MemoInSupportofVacatur.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PBI Performance Products, Inc.<br>Plaintiffs,<br><br>v.<br><br>NorFab Corporation,<br>Defendants | Civil Action No. 05-cv-4836-HB |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the parties' **JOINT MOTION FOR VACATUR OF THE AUGUST 29, 2007 ORDER INVALIDATING U.S. PATENT NO. 6,624,096 FOR OBVIOUSNESS** is being served on the following parties as indicated below:

    Anthony S. Volpe, Esquire
    Volpe and Koenig, P.C.
    United Plaza, Suite 1600
    30 S. 17th Street
    Philadelphia, PA 19103
    *Via First Class Mail*

Date: 6/9/08

Respectfully submitted,

_/s/ Robert H. Hammer III_
Robert H. Hammer III
Hammer & Hanf P.C.
3125 Springbank Lane
Suite G
Charlotte, NC 28226
(704) 927-0400 Phone
(704) 927-0485 Fax
Attorney for the Plaintiff

**EXHIBIT A**

# EXHIBIT A
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PBI Performance Products, Inc.<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NorFab Corporation,<br>　　　　　　　Defendant. | Civil Action No. 05-cv-4836-HB |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of the parties' Joint Motion for Vacatur of the August 29, 2007 Order Invalidating U.S. Patent No. 6,624,096 for Obviousness and the accompanying memorandum of law filed by the parties,

IT IS HEREBY ORDERED that the parties' Motion for Vacatur of the Agust 29, 2007 Order Invalidating U.S. Patent No. 6,624,096 for Obviousness is GRANTED.

DATED:_____　　　　　　by: _____
　　　　　　　　　　　　　　　　　　　Judge Harvey Bartle, III
　　　　　　　　　　　　　　　　　　　United States District Judge

K:\FIRMDOCS\2006\090\Vacatur\JointMotionforVacatur.doc

**EXHIBIT B**

SETTLEMENT AGREEMENT

This Settlement Agreement dated April 28, 2008 is by and between PBI Performance Products, Inc. of Charlotte, NC ("PBI") and NorFab Corporation of Norristown, PA ("NorFab").

Background

PBI and NorFab are involved in Civil Action No. 05-CV-04836 before the Eastern District of Pennsylvania, Appeal No. 2008-1107 before the Court of Appeals for the Federal Circuit, Cancellation No. 92045815 before the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office, and Opposition No. 91183232 before the Trademark Trial and Appeal Board of the U.S. Patent and Trademark Office (together referred to as the "Actions").

On April 28, 2008, PBI and NorFab met for a mediation conducted by the Circuit Mediation Office of the U.S. Court of Appeals for the Federal Circuit and agreed to resolve the Actions on the following terms.

Terms

1. PBI shall pay to NorFab in cash and in kind:

    (a) One Hundred and Fifty Thousand US Dollars ($150,000.00) by wire transfer within fifteen (15) days of execution of this agreement;
    (b) Eleven Hundred Pounds (1,100 pounds) of first quality PBI staple fiber six (6) months after the payment set forth in 1.(a); and,
    (c) Eleven Hundred Pounds (1,100 pounds) of first quality PBI staple fiber twelve (12) months after the payment set forth in 1.(a).

2. Within ten (10) calendar days of the payment set forth in 1.(a), PBI and NorFab shall file a joint motion with the Federal Circuit to remand to the District Court to request vacatur of the ruling(s) on appeal in conjunction with this settlement.

3. Within ten (10) calendar days of the filing of the Federal Circuit's order granting remand, PBI and

1

   NorFab shall file a joint motion for vacatur of the District Court's Summary Judgment order dated August 29, 2007 that invalidated PBI's U.S. Patent No. 6,624,096.

4. PBI hereby grants NorFab a worldwide, royalty-free, paid-up license to U.S. Patent No. 6,624,096 together with all domestic and foreign counterparts, and all patents and applications of any type claiming priority to or from U.S. Patent No. 6,624,096. This license shall survive until the expiration of the last to expire patent.

5. NorFab:

   (a) shall not make or sell any firefighter's turnout gear fabric having a gold background and a yellow box grid, as per the attached sample of PBI MATRIX fabric;
   (b) may make and sell fabrics for firefighter's turnout gear without a yellow box grid, the attached two (2) samples (NorFab's OMNI-ELITE and OMNI-45 fabrics) are examples of such fabrics;
   (c) may make and sell fabrics having a yellow box grid, such as the attached sample of NorFab's 5 TT 229 fabric, for non-firefighter's turnout gear applications;
   (d) will withdraw Opposition No. 91183232; and,
   (e) Will cooperate with PBI to amend the date of first use in U.S. Trademark Application No. 77/055,226, subject of Opposition No. 91183232.

6. PBI and NorFab shall abandon, with prejudice, any and all claims, including attorney's fees and costs, past, present, and future arising from the Actions.

7. Subject to the below paragraph, PBI and NorFab shall maintain the terms of this agreement in confidence.

2

8. PBI and NorFab shall issue the following statement:

   "PBI Performance Products, Inc. of Charlotte, NC and NorFab Corporation of Norristown, PA announce that NorFab's OMNI-ELITE™ and OMNI-45™ fabrics for firefighter's turnout gear do not infringe any of PBI's intellectual property and their dispute over outer shell fabrics for firefighter's turnout gear has been settled by mutual agreement of the parties. The terms of that settlement are confidential."

9. Any disputes regarding this agreement shall be mediated in the first instance by a neutral mediator. Any action to enforce this agreement must be commenced in the U.S. District Court for the Eastern District of Pennsylvania.

10. PBI and NorFab agree that any and all disputes, claims, and the like arising from the Actions are hereby settled with prejudice.

11. This agreement sets forth the entire agreement and understanding between PBI and NorFab relating to the subject matter hereof.

Intending to be bound by the above Terms, PBI and NorFab have instructed their respective authorized representative to affix the respective signatures below.

PBI Performance Products, Inc.          NorFab Corporation

_____         _____
Grant Reeves                            John W. Weber
President                               President
Date  5·9-08                            Date  5/8/08

# FABRIC SAMPLE CARD



**Nor•Fab Series 2700 Basofil® Blend**
08PT262-60-41AU, "OMNI 45"™
AU = Golden Brown Color













**GENERAL PRODUCT LINE**

SPECIAL COATED FABRICS

ALUMINIZED CLOTH

TACKY CLOTH

WIRE INSERT FABRIC

SYNTHETIC FABRICS

SEWING THREAD

BRAIDING YARNS

TAPES 1/2" TO 8" WIDE

SPECIAL TAPE PRODUCTS

ROPES SLEEVINGS GASKETING WICKING CORD

PATENTED SAFETY FABRICS

SILICONE COATED CLOTH

## NOR*FAB Corporation
Box 830 • 1310 Stanbridge Street
Norristown • PA 19404-0830 USA
Phone 800-441-9680 <> Fax 610-277-6106
Phone 610-277-6100

**"HEAT RESISTANT TEXTILES"**



# "OMNI 45" ™

**NOR·FAB SERIES 7.8.oz. CLOTH**
**For FIREFIGHTER'S Turnout Gear**



**NFPA**
MEMBER
04-05

**style 08PT262- -41AU Brown**     MEETS NFPA 1971, 2007

*A NORFAB woven light weight dimensionally stable fabric blend of Kevlar® and BASOFIL® fibers. Applications include safety clothing, curtains, heat shields, and firefighters turnout gear outer shell fabric. Resistant to heat sources, meets NFPA 1971 (2007edition), FTMS-191-5903 and other standards testing.*

## SPECIFICATIONS

 TESTED BY UNDERWRITERS LABORATORY

| | |
|---|---|
| BASE FABRIC | Para-Aramid and Melamine fiber blend |
| AVAILABLE COLORS | AU Brown |
| AVAILABLE WIDTHS, standard | 40", 60"   (1.0m, 1.5m) |
| ROLL LENGTH, yards minimum | 50   (45.7m) |
| WEAVE STYLE | Rip-Stop Style |
| CONSTRUCTION, ends x picks/sq.in | 44 X 36   (17.3 x 14.2/cm) |
| FABRIC WEIGHT, oz./sq yd, average | 7.8   (265 gm/sq.m) |
| FABRIC THICKNESS, inches | 0.026   (0.66mm) |
| WARP STRENGTH, lbs/in. | 315.0   (143.2 Kg/2.54 cm) |
| FILL STRENGTH, lbs/in. | 300.0   (136.4 Kg/2.54 cm) |
| TRAPEZOIDAL TEAR STRENGTH, lbs., warp x fill | 40 x 39   (18.2 x 17.7 Kg)   (FTMS-191-5136) |
| WATER ABSORPTION, before laundering / after 5 laundering cycles | 0.0% / 0.4%   (FTMS-191-5504) |
| SHRINKAGE IN LAUNDERING, warp x fill | 0.3% x 1.1%   (AATCC 135.1.111B) |
| THERMAL SHRINKAGE, before laundering / after 5 laundering cycles | 0.2% / 1.1%   (AATCC 135.1.111B) |
| THERMAL PROTECTIVE PERFORMANCE, cal./sq.cm. | TPP >49 (35 req'd) See OMNI 45 Brochure |
| HEAT, CHAR RESISTANCE | Passes NFPA 1971, '2007edition |
| FABRIC FINISH NUMBER | 41, HyPel+ (for water repellancy) + Color |

SPECIFY COLOR
Example:   08PT262-(40" or 60")-41(Color)   AU=Golden Brown; BY=Brite Yellow;
Completed Example: 08PT262-60-41BK   NA=Natural;  BK=Black

NOTE: PLEASE REFER TO NFPA DOCUMENT REFERENCE: 97RT01198 MH25604 dated April 11, 2000 addressed to NOR·FAB Corporation for additional information and certifications. Basofil®,LLC is a registered trademark.

AB/C    All Data ±10%

# NOR·FAB Corporation    "HEAT RESISTANT TEXTILES"

BOX 228, 1032 STANBRIDGE STREET, NORRISTOWN, PA 19404 USA
PHONE 1-610-277-6100 • TOLL FREE 1-800-441-9680 • FAX 1-610-277-6106
All data intended as general information only no warranties, guarantees, or claims of fitness for use are expressed or implied by AMATEX or NOR·FAB Corp

# FABRIC SAMPLE CARD

NF SR. 800 Fabric
Style # 5TTZ29



**GENERAL PRODUCT LINE**

SPECIAL COATED FABRICS

ALUMINIZED CLOTH

TACKY CLOTH

WIRE INSERT FABRIC

SYNTHETIC FABRICS

SEWING THREAD

BRAIDING YARNS

TAPES 1/2" to 8" WIDE

SPECIAL TAPE PRODUCTS

ROPES SLEEVINGS GASKETING WICKING CORD

PATENTED SAFETY FABRICS

SILICONE COATED CLOTH

## NOR·FAB Corporation
Box 830 • 1310 Stanbridge Street
Norristown • PA 19404-0830 USA
Phone 800-441-9680 <> Fax 610-277-6106

**"HEAT RESISTANT TEXTILES"**


SAFETY FABRIC


GLOVE CLOTH


ALUMINIZED CLOTH


SPECIALTY YARNS


REINFORCEMENT


GASKETING


HEAT SHIELD


EXPANSION

©JF/K

**05TT229**

**PBI-KEVLAR-STAINLESS STEEL
5 oz. SAFETY FABRIC
RIP-STOP**

## style 05TT229

A NOR·FAB woven special fiber blend light weight fabric containing stainless steel staple fibers. Applications include safety clothing, crash rescue garments, fire entry protection.
This fabric is also designed for anti-static applications and is a rip-stop cloth

### SPECIFICATIONS

| | |
|---|---|
| BASE FABRIC | PBI-KEVLAR-Stainless Steel Staple |
| COLOR / APPEARANCE | Brown |
| AVAILABLE WIDTHS, standard | 40" (1.0m) |
| ROLL LENGTH, yards | 50 (45.7m) |
| WEAVE STYLE | 2 x 1 Twill rip stop |
| CONSTRUCTION, ends x picks/sq.in. | 66 X 48 (26 x 18.9/cm) |
| FABRIC WEIGHT, oz./sq yd, average | 5.0 (170 gm/sq. m) |
| FABRIC THICKNESS, inches | 0.017 (0.43mm) |
| WARP STRENGTH, lbs/in. | 165 (75 Kg/2.54 cm) |
| FILL STRENGTH, lbs/in. | 135 (61 Kg/2.54 cm) |
| ABRASION RESISTANCE | Very Good |
| TEMPERATURE TOLERANCE | n/a |
| BASE FABRIC CERTIFICATIONS | n/a |
| COATING | n/a |
| CHEMICAL RESISTANCE | n/a |
| SOLVENT RESISTANCE | n/a |
| SUNLIGHT & AGE RESISTANCE | Kevlar fibers UV sensitive |
| ELECTRICAL PROPERTIES | n/a |

### AVAILABLE FINISHES

FINISH NUMBER

JE/l

See FABRIC FINISH OPTIONS data sheet.

**AMATEX Corporation is the exclusive sales agent for**

# NOR·FAB Corporation   "HEAT RESISTANT TEXTILES"

BOX 228, 1032 STANBRIDGE STREET, NORRISTOWN, PA 19404 USA
PHONE 1-610-277-6100 • TOLL FREE 1-800-441-9680 • FAX 1-610-277-6106
All data intended as general information and no warranties, guarantees, or statements of fitness for use are expressed or implied by AMATEX or NOR·FAB Corp.

# FABRIC SAMPLE CARD



**NOR*FAB**

**GENERAL PRODUCT LINE**

SPECIAL COATED FABRICS

ALUMINIZED CLOTH

TACKY CLOTH

WIRE INSERT FABRIC

SYNTHETIC FABRICS

SEWING THREAD

BRAIDING YARNS

TAPES 1/2" TO 8" WIDE

SPECIAL TAPE PRODUCTS

ROPES SLEEVINGS GASKETING WICKING CORD

PATENTED SAFETY FABRICS

SILICONE COATED CLOTH



Omni Elite
08TT336-60-51EB



## NOR*FAB Corporation

Box 830 • 1310 Stanbridge Street
Norristown • PA 19404-0830 USA
Phone 800-441-9680 <> Fax 610-277-6106
Phone 610-277-6100

**"HEAT RESISTANT TEXTILES"**












# OMNI Elite

**NOR•FAB SERIES 2700  7.75 oz. CLOTH**
**For FIREFIGHTER'S Turnout Gear**

## style  08TT336-  -51EB (Brown Twill Weave)

**MEETS NFPA 1971, 2007 Edition**

A NORFAB woven light weight dimensionally stable fabric blend of Kevlar® and BASOFIL® fibers., with Reinforced Rip Stop using Proprietary Core Spinning process- Zylon filament core/Kevlar® sheath. Applications include safety clothing, curtains, heat shields, and firefighters turnout gear outer shell fabric. Resistant to heat sources, meets NFPA 1971 (2007 edition), FTMS-191-5903 and other standards testing.

### A Concept fabric for the future
### SPECIFICATIONS



| | |
|---|---|
| BASE FABRIC | Basofil®/Kevlar®/Zylon® (core in rip stop) |
| AVAILABLE COLORS | Elite Brown, Brite Yellow, Natural |
| AVAILABLE WIDTHS, standard | 60"  (1.5 m) |
| ROLL LENGTH, yards minimum | 50  (45.7 m) |
| WEAVE STYLE | 2x2 Twill w/Rip-Stop |
| CONSTRUCTION, ends x picks/sq.in | 51 X 45  (20 x 17.7 /cm) |
| FABRIC WEIGHT, oz./sq yd, average | 7.75  (263 gm/sq.m) |
| FABRIC THICKNESS, inches | 0.027  (0.69 mm) |
| WARP STRENGTH, lbs/in. | 224.0  (102 Kg/2.54 cm) |
| FILL STRENGTH, lbs/in. | 211.0  (96 Kg/2.54 cm) |
| TRAPEZOIDAL TEAR STRENGTH, lbs., warp x fill  AFTER 5 CYCLES, lbs, warp x fill | 44 x 40  (20 x 18 Kg)<br>41 x 42  (18.6 x 19 Kg)<br>(FTMS-191-5136) |
| WATER ABSORPTION, before laundering  after 5 laundering cycles | 1.5%<br>4.7%<br>(FTMS-191-5504) |
| SHRINKAGE IN LAUNDERING, warp x fill  after 5 laundering cycles | +0.5% x -2.5%<br>(AATCC 135.1.111B) |
| THERMAL SHRINKAGE, before laundering  after 5 laundering cycles | -0.5%<br>-0.7%<br>(AATCC 135.1.111B) |
| THERMAL PROTECTIVE PERFORMANCE, cal./sq.cm. | TPP >46  (35 req'd) See OMNI Elite |
| HEAT, CHAR RESISTANCE | Will Pass NFPA 1971, 2007 edition |
| FABRIC FINISH NUMBER | 51, (for water repellancy) + Color |
| SPECIFY COLOR<br>  Example:      08TT328-60"-51(Color)<br>  Completed Example:  08TT336-60-51EB | EB=Brown;  BY=Brite Yellow;<br>NA=Natural; |

NOTE:  PLEASE REFER TO NFPA DOCUMENT REFERENCE: 06RT03532 MH25604 dated October 31, 2006 addressed to NOR-FAB Corporation for additional information and certifications. Basofil®, LLC is a registered trademark.

AH/M

All Data ±10%

# NOR•FAB Corporation   "HEAT RESISTANT TEXTILES"

BOX 228, 1032 STANBRIDGE STREET, NORRISTOWN, PA 19404 USA
PHONE 1-610-277-6100  •  TOLL FREE 1-800-441-9680  •  FAX 1-610-277-6106
All data intended as general information and no warranties, guarantees or claims of fitness for use are expressed or implied by AMATEX or NOR•FAB Corp