NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2008-1107

PBI PERFORMANCE PRODUCTS, INC.,

Plaintiff-Appellant,

v.

NORFAB CORPORATION,

Defendant-Appellee.

ON MOTION

ORDER

Upon consideration of the parties' joint motion to remand this case, PBI Performance v. NorFab, to the United States District Court for the Eastern District of Pennsylvania, no. 05-CV-04836, for further proceedings consistent with the settlement agreement reached by the parties and, specifically, to allow the parties to jointly move the district court for vacatur of its August 29, 2007 order invalidating U.S. Patent No. 6,624,096,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

MAY 3 0 2008
Date

Jan Horbaly
Clerk

cc: Robert H. Hammer, III, Esq.
Anthony S. Volpe, Esq.
m2

ISSUED AS A MANDATE: MAY 3 0 2008

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 3 0 2008

JAN HORBALY
CLERK