IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PBI PERFORMANCE PRODUCTS, INC. | : | CIVIL ACTION |
| v. | : | |
| NORFAB CORPORATION | : | NO. 05-4836 |

ORDER

AND NOW, this 25 day of June, 2008, after a telephone conference with counsel, it is hereby ORDERED that the joint motion of the parties for vacatur of the August 29, 2007 Order invalidating U.S. Patent No. 6,624,096 for obviousness is DENIED. See U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship, 513 U.S. 18 (1994).

BY THE COURT:


/s/ Harvey Bartle III
C.J.