```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PBI PERFORMANCE PRODUCTS, INC.   :      CIVIL ACTION
                                 :
          v.                     :
                                 :
NORFAB CORPORATION               :      NO. 05-4836
```

ORDER

AND NOW, this 26th day of June, 2008, upon receipt of a letter from plaintiff's counsel, it is hereby ORDERED that the Clerk of Court shall unseal the parties' joint motion for vacatur of the Order invalidating U.S. Patent No. 6,624,096 for obviousness (Docket No. 113).

                                                    BY THE COURT:


                                                    /s/ Harvey Bartle III
                                                                               C.J.